NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0001182
18-JUN-2013
10:04 AM

NO. CAAP-13-0001182

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CREDIT ASSOCIATES OF MAUI, LTD.,
Plaintiff-Appellee,
v.
WILLIAM K. FREITAS AND CINDY K. FREITAS,
Defendants-Appellants,
and
PA'A POHAKU BUILDERS, INC.,
Defendant-Appellee

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
NORTH AND SOUTH KONA DIVISION
(CIVIL NO. 3RC12-1-112K)

ORDER DISMISSING DEFENDANT-APPELLANT
PA'A POHAKU BUILDERS, INC.'S APPEAL
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon review of the record, it appears that (1) on

May 30, 2013, Defendants-Appellants William K. Freitas and Cindy

Freitas filed a notice of appeal signed by each of them, pro se,

that also purports to be filed on behalf of Defendant-Appellant

Pa'a Pohaku Builders, Inc.; (2) William K. Freitas and Cindy K.

Freitas are not attorneys licensed to practice law in Hawai'i;

(3) neither of them is authorized to file a notice of appeal on

behalf of Pa'a Pohaku Builders, Inc., see Oahu Plumbing & Sheet

Metal, Ltd. v. Kona Constr., Inc., 60 Haw. 372, 377, 590 P.2d 570, 573-74 (1979); HRS §§ 605-2, 605-14; and (4) a corporation, such as Pa'a Pohaku Builders, Inc., "cannot appear and represent itself either in person or by its officers, but can do so only by an attorney admitted to practice law." Id. at 374, 590 P.2d at 572 (citations omitted). Therefore.

IT IS HEREBY ORDERED that the appeal is dismissed as to Defendant-Appellant Pa'a Pohaku Builders, Inc.

DATED: Honolulu, Hawai'i, June 18, 2013.

Chief Judge

Associate Judge

Associate Judge